| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | **TRANSFER OF JURISDICTION** | CR MISC NO. 1122 |
| | | 4:04-CR-7-002 (CDL) |
| | | DOCKET NUMBER *(Rec. Court)* |
| | | 2:06CR246-WHA |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT Middle District of Georgia | DIVISION Columbus |
|---|---|---|
| Susan Denise Fulmer  Montgomery, AL | NAME OF SENTENCING JUDGE  Clay D. Land, U.S. District Judge | |
| | DATES OF PROBATION/ SUPERVISED RELEASE: | FROM 5/29/2006 | TO 5/28/2009 |

OFFENSE

Possessing Counterfeit U.S. Currency, Passing Counterfeit U.S. Currency

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF GEORGIA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. §3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Middle District of Alabama upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

June 29, 2006
Date

Clay D. Land
U.S. District Judge

*This sentence may be deleted at the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

10/13/06
Effective Date

U. S. District Judge

A true and certified copy
LEONARD, CLERK
COURT, MD Ga.
Deputy Clerk