| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* CR MISC NO. 1122 4:04-CR-7-002 (CDL) |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | |
| | | DOCKET NUMBER *(Rec. Court)* 2:06CR246-WHA |
| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT Middle District of Georgia | DIVISION Columbus |
| Susan Denise Fulmer Montgomery, AL | NAME OF SENTENCING JUDGE Clay D. Land, U.S. District Judge | |
| | DATES OF PROBATION/ SUPERVISED RELEASE: | FROM 5/29/2006 | TO 5/28/2009 |

**OFFENSE**

Possessing Counterfeit U.S. Currency, Passing Counterfeit U.S. Currency

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF GEORGIA

  IT IS HEREBY ORDERED that pursuant to 18 U.S.C. §3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Middle District of Alabama upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

June 29, 2006
Date

Clay D. Land
U.S. District Judge

*This sentence may be deleted at the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

  IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

10/13/06
Effective Date

U. S. District Judge

A true and certified copy
10/25/2006
LEONARD, CLERK
DISTRICT COURT, MD Ga.
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | CRIMINAL NO.: 4:04-CR- 7-/ (CDL) |
| vs. : | VIOLATION: |
| : | 18 U.S.C. § 472 |
| EDWARD DONALD FULMER : | 18 U.S.C. § 2 |
| and SUSAN DENISE FULMER : | |

THE GRAND JURY CHARGES:

## COUNT ONE

### PASSING COUNTERFEIT U.S. CURRENCY

18 U.S.C. § 472

That on or about January 31, 2004, in the Columbus Division of the Middle District of Georgia, and elsewhere within the jurisdiction of the Court, the defendants,

EDWARD DONALD FULMER
and
SUSAN DENISE FULMER,

aided and abetted by each other and others, known and unknown to the grand jury, with the intent to defraud, did unlawfully, willfully and knowingly pass and utter falsely made, forged, and counterfeited obligations of the United States, that is, one (1) one-hundred dollar ($100.00) Federal Reserve Note, Series 1996, bearing the Serial Number AB52601563L, at the Baymont Inn, 2919 Warm Springs Road, Columbus, Georgia; all in violation of Title 18, United States Code, Section 472, and Title 18, United States Code, Section 2.



COUNT TWO

PASSING COUNTERFEIT U.S. CURRENCY

18 U.S.C. § 472

That on or about January 31, 2004, in the Columbus Division of the Middle District of Georgia, and elsewhere within the jurisdiction of the Court, the defendants,

EDWARD DONALD FULMER
and
SUSAN DENISE FULMER,

aided and abetted by each other and others, known and unknown to the grand jury, with the intent to defraud, did unlawfully, willfully and knowingly pass and utter falsely made, forged, and counterfeited obligations of the United States, that is, one (1) one-hundred dollar ($100.00) Federal Reserve Note, Series 1996, bearing the Serial Number AD34288256A, at the Cheddar's Restaurant, 5555 Whittlesly Boulevard, Columbus, Georgia; all in violation of Title 18, United States Code, Section 472, and Title 18, United States Code, Section 2.

COUNT THREE

POSSESSION OF COUNTERFEIT U.S. CURRENCY

18 U.S.C. § 472

That on or about January 31, 2004, in the Columbus Division of the Middle District of Georgia, and elsewhere within the jurisdiction of the Court, the defendants,

EDWARD DONALD FULMER
and
SUSAN DENISE FULMER,

aided and abetted by each other and others, known and unknown to the grand jury, with the intent to defraud, did unlawfully, willfully and knowingly keep in their possession, and

conceal, falsely made, forged, and counterfeited obligations of the United States, that is, the Federal Reserve Notes described below; all in violation of Title 18, United States Code, Section 472, and Title 18, United States Code, Section 2.

| DENOMINATION | SERIAL NUMBER | SERIES NUMBER |
|---|---|---|
| $100.00 | BI22910449A | 1999 |
| $100.00 | AB36563054U | 1996 |
| $100.00 | AJ16286254A | 1996 |
| $100.00 | CH15981272A | 2001 |
| $100.00 | CB37453271B | 2001 |
| $100.00 | CB54149636D | 2001 |
| $100.00 | AG38645010B | 1996 |
| $100.00 | AB99133052A | 1996 |
| $100.00 | BB69010352A | 1999 |
| $100.00 | BA01335993* | 1999 |
| $100.00 | AB30604610Q | 1996 |
| $100.00 | AB13058036D | 1996 |
| $100.00 | CB42989132D | 2001 |
| $100.00 | AB16447374R | 1996 |
| $100.00 | AE98018528B | 1996 |
| $100.00 | AE18546138C | 1996 |
| $100.00 | AB52601563L | 1996 |
| $100.00 | AD34288256A | 1996 |
| $20.00 | CK30505431B | 2001 |
| $20.00 | BJ40483271A | 1999 |
| $20.00 | CK31215421B | 2001 |
| $20.00 | AJ52617410A | 1996 |
| $20.00 | AG04357628D | 1996 |

| DENOMINATION | SERIAL NUMBER | SERIES NUMBER |
|---|---|---|
| $20.00 | BG91388572A | 1999 |
| $20.00 | CF81915197A | 2001 |
| $20.00 | BG05081010B | 1999 |

A TRUE BILL.

_____
FOREPERSON OF THE GRAND JURY

Presented by:

_____
JOHN L. LYNCH
ASSISTANT UNITED STATES ATTORNEY

FORM DBD-34
JUN 85

No. 4:04-CR-        -CDL

# UNITED STATES DISTRICT COURT
*Middle District of Georgia*
*Columbus*

THE UNITED STATES OF AMERICA

vs.

EDWARD DONALD FULMER and
SUSAN DENISE FULMER

## INDICTMENT

18 U.S.C. § 472 and 18 U.S.C. § 2

A true bill.

_____
Henry E. Byrne
Foreperson

Filed in open court this 12th
of Feb A.D. 20 04 day.

_____
Clerk

Bail, $ _____

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF GEORGIA, COLUMBUS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>SUSAN DENISE FULMER | JUDGMENT IN A CRIMINAL CASE<br><br>Case Number 4:04-CR-00007-1-002 (CDL)<br><br>USM Number: 92154-020<br><br>David L. Roberts<br>Defendant's Attorney |

**THE DEFENDANT:**

☒ pleaded guilty to count(s) 1 and 3.

☐ pleaded nolo contendere to count(s) which was accepted by the court.

☐ was found guilty on count(s) after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C. § 472 | Passing Counterfeit U.S. Currency | 01/31/2004 | 1 |
| 18 U.S.C. § 472 | Possessing Counterfeit U.S. Currency | 01/31/2004 | 3 |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) .

☒ Count(s) 2 is dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material changes in economic circumstances.

July 1, 2004
Date of Imposition of Sentence

Signature of Judge
CLAY D. LAND, United States District Judge

July 9, 2004
Date Signed

DEFENDANT SUSAN DENISE FULMER  
CASE NUMBER 4.04-CR-00007-1-002 (CDL)

Judgment - Page 2

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 21 months.

Count 1 - 21 months imprisonment;  
Count 3 - 21 months imprisonment, to be served concurrently with Count 1  
Total Imprisonment - 21 months

☒ The Court makes the following recommendations to the Bureau of Prisons:  
The Court recommends that voluntary surrender be extended to a date after the release of her husband/co-defendant, Edward Donald Fulmer (USM # 92153-020)

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The Defendant shall surrender to the United States Marshal for this district:

☐ at ☐ a.m. ☐ p.m. on

☐ as notified by the United States Marshal.

☒ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before 2 p.m. on

☐ as notified by the United States Marshal.

☒ as notified by the Probation or Pretrial Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____  
UNITED STATES MARSHAL

By:_____  
Deputy U.S. Marshal

DEFENDANT: SUSAN DENISE FULMER                                                                      Judgment - Page 3
CASE NUMBER 4:04-CR-00007-1-002 (CDL)

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of 3 years.

    The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not illegally possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the Court.

- ☐ The above drug testing condition is suspended based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)
- ☒ The defendant shall not possess a firearm, destructive device, or any other dangerous weapon. (Check, if applicable.)
- ☐ The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)
- ☐ The defendant shall register with the state sex offender registration agent in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable.)
- ☐ The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

    If this judgment imposes a fine or restitution, it is a condition of supervised release that defendant pay in accordance with the Schedule of Payments sheet of this judgment

    The defendant must comply with the standard conditions that have been adopted by this court as well as any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;

2) the defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month;

3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4) the defendant shall support his or her dependents and meet other family responsibilities;

5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6) the defendant shall notify the probation officer ten days prior to any change in residence or employment;

7) the defendant shall refrain from the excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance, or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;

10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;

11) the defendant shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer;

12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

DEFENDANT. SUSAN DENISE FULMER
CASE NUMBER 4 04-CR-00007-1-002 (CDL)

Judgment - Page 4

## SPECIAL CONDITIONS OF SUPERVISED RELEASE

You shall participate in a program approved by the U.S. Probation Office for substance abuse testing and, if necessary, treatment for alcohol/drug addiction or dependency.

You are prohibited from incurring new credit charges or opening additional lines of credit without approval of the U.S. Probation Office unless you are in compliance with the payment schedule.

You shall provide financial information to the probation officer upon request.

DEFENDANT: SUSAN DENISE FULMER　　　　　　　　　　　　　　　　　　　　　Judgment - Page 5
CASE NUMBER 4:04-CR-00007-1-002 (CDL)

## CRIMINAL MONETARY PENALTIES

　　　　The defendant must pay the following total criminal monetary penalties in accordance with the schedule of payments set forth in the Schedule of Payments.

|  | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| **TOTALS** | $ 200.00 | $ 1,000.00 | $ 0 |

☐　　The determination of restitution is deferred until　　　. An Amended Judgment in a Criminal Case will be entered after such a determination.

☐　　The defendant must make restitution (including community restitution) to the following victims in the amounts listed below.

　　　　If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C § 3664(i), all nonfederal victims must be paid in full prior to the United States receiving payment.

| Name of Payee | Total Amount of Loss | Amount of Restitution Ordered | *Priority Order or Percentage of Payment |
|---|---|---|---|

☐　　Restitution amount ordered pursuant to plea agreement $

☐　　The defendant must pay interest on any fine or restitution of more than $2,500.00, unless the fine or restitution is paid in full before the fifteenth day after the date of judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on the Schedule of Payments sheet may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐　　The Court has determined that the defendant does not have the ability to pay interest, and it is ordered that:

　　　　☐　　the interest requirement is waived for the　　☐　fine　　☐　restitution.

　　　　☐　　the interest requirement is waived for the　　☐　fine　　☐　restitution is modified as follows:

*Findings for the total amount of losses are required under Chapter 109A, 110, 110A, and 113A of Title 18, United States Code, for offenses committed on or after September 13, 1994, but before April 23, 1996.

DEFENDANT SUSAN DENISE FULMER    Judgment - Page 6
CASE NUMBER 4:04-CR-00007-1-002 (CDL)

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties shall be due as follows:

A ☐    Lump sum payment of $ due immediately, balance due

    ☐    not later than , or

    ☐    in accordance with    ☐ C, ☐ D, ☐ E; or ☐ F below; or

B ☒    Payment to begin immediately (may be combined with    ☐ C, ☒ D, or ☐ F below; or

C ☐    Payment in equal _____ installments of $ over a period of , to commence _____ after the date of this judgment; or

D ☒    Payment in equal monthly installments of $ 47.27 over a period of 24 months , to commence 60 days after release from imprisonment to a term of supervision; or

E ☐    Payment during the term of supervised release will commence within 30 days after release from imprisonment. The Court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F ☐    Special instructions regarding the payment of criminal monetary penalties:


Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐    Joint and Several

Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.


☐    The defendant shall pay the cost of prosecution.

☐    The defendant shall pay the following court cost(s):


☐    The defendant shall forfeit the defendant's interest in the following property to the United States:


Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) community restitution, (6) fine interest, (7) penalties, and (8) costs, including cost of prosecution and court costs.

PRIOR

# U.S. District Court [LIVE AREA]
## United States District Court for the Middle District of Georgia (Columbus)
### CRIMINAL DOCKET FOR CASE #: 4:04-cr-00007-CDL-ALL
#### Internal Use Only

| | |
|---|---|
| Case title: USA v. Fulmer<br>Magistrate judge case number: 4:04-mj-00082 | Date Filed: 02/12/2004 |

Assigned to: Judge Clay D. Land

### Defendant

| | | |
|---|---|---|
| **Edward Donald Fulmer** (1)<br>*TERMINATED: 07/07/2004* | represented by | **Bobby Glenn Peters**<br>832 First Avenue<br>Columbus, GA 31901<br>706-324-2264<br>*TERMINATED: 07/07/2004*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>Designation: CJA Appointment |

| **Pending Counts** | **Disposition** |
|---|---|
| 18:472.F PASSES COUNTERFEIT OBLIGATIONS OR SECURITIES - passing counterfeit currency<br>(2) | 21 months imprisonment, 3 years supervised release, and a $100.00 mandatory court assessment |
| 18:472.F PASSES COUNTERFEIT OBLIGATIONS OR SECURITIES - possession of counterfeit currency<br>(3) | 21 months imprisonment, 3 years supervised release, and a $100.00 mandatory court assessment |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| 18:472.F PASSES COUNTERFEIT OBLIGATIONS OR SECURITIES - passing counterfeit currency<br>(1) | Dismissed pursuant to plea agreement |

**Highest Offense Level (Terminated)**

Felony



| Complaints | Disposition |
|---|---|
| None | |

Assigned to: Judge Clay D. Land

### Defendant

| | | |
|---|---|---|
| **Susan Denise Fulmer** (2)<br>*TERMINATED: 07/07/2004* | represented by | **David L. Roberts**<br>825 2nd Avenue<br>Columbus, GA 31902<br>706-324-7174<br>Email: trldefense@aol.com<br>*TERMINATED: 07/07/2004*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>Designation: CJA Appointment |

| Pending Counts | Disposition |
|---|---|
| 18:472.F PASSES COUNTERFEIT OBLIGATIONS OR SECURITIES - passing counterfeit currency<br>(2) | dismissed pursuant to plea agreement |
| 18:472.F PASSES COUNTERFEIT OBLIGATIONS OR SECURITIES - possession of counterfeit currency<br>(3) | 21 months imprisonment, 3 years supervised release, and a $100.00 mandatory court assessment |

**Highest Offense Level (Opening)**

Felony

| Terminated Counts | Disposition |
|---|---|
| 18:472.F PASSES COUNTERFEIT OBLIGATIONS OR SECURITIES - passing counterfeit currency<br>(1) | 21 months imprisonment, 3 years supervised released, and a $100.00 mandatory court assessment |

**Highest Offense Level (Terminated)**

Felony

| Complaints | Disposition |
|---|---|
| None | |

### Plaintiff

| USA | represented by | **John L. Lynch**<br>PO Box 2568<br>Columbus, GA 31902-2568<br>706-649-7700<br>Email: john.lynch4@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 02/03/2004 | | **Added Government Attorney John L. Lynch [ 4:04-m -82 ] (tlf) (Entered: 02/04/2004) |
| 02/03/2004 | 1 | COMPLAINT as to Edward Donald Fulmer, Susan Denise Fulmer [ 4:04-m -82 ] (tlf) (Entered: 02/04/2004) |
| 02/03/2004 | 2 | CJA 23 FINANCIAL AFFIDAVIT by Edward Donald Fulmer [ 4:04-m -82 ] (tlf) (Entered: 02/04/2004) |
| 02/03/2004 | 3 | CJA 23 FINANCIAL AFFIDAVIT by Edward Donald Fulmer [ 4:04-m -82 ] (tlf) (Entered: 02/04/2004) |
| 02/03/2004 | | Arrest WARRANT issued as to Edward Donald Fulmer [ 4:04-m -82 ] (tlf) (Entered: 02/04/2004) |
| 02/03/2004 | | Arrest WARRANT issued as to Susan Denise Fulmer [ 4:04-m -82 ] (tlf) (Entered: 02/04/2004) |
| 02/03/2004 | | ARREST of Edward Donald Fulmer, Susan Denise Fulmer [ 4:04-m -82 ] (tlf) (Entered: 02/04/2004) |
| 02/03/2004 | | CJA 20 as to Susan Denise Fulmer : Appointment of Attorney David L. Roberts () [ 4:04-m -82 ] (tlf) (Entered: 02/04/2004) |
| 02/04/2004 | | CJA 20 as to Edward Donald Fulmer : Appointment of Attorney Bobby Glenn Peters () [ 4:04-m -82 ] (tlf) (Entered: 02/04/2004) |
| 02/04/2004 | | Initial appearance hearing as to Edward Donald Fulmer held (Defendant informed of rights.) Court Reporter: Tape Recorder [ 4:04-m -82 ] (tls) Modified on 02/11/2004 (Entered: 02/11/2004) |
| 02/04/2004 | | Initial appearance hearing as to Susan Denise Fulmer held (Defendant informed of rights.) Court Reporter: Tape Recorder [ 4:04-m -82 ] (tls) (Entered: 02/11/2004) |
| 02/04/2004 | | Bond hearing as to Edward Donald Fulmer held Court Reporter: Tape Recorder [ 4:04-m -82 ] (tls) (Entered: 02/11/2004) |
| 02/04/2004 | | Bond hearing as to Susan Denise Fulmer held Court Reporter: Tape Recorder [ 4:04-m -82 ] (tls) (Entered: 02/11/2004) |
| 02/04/2004 | 4 | Minute sheet as to Edward Donald Fulmer: Initial appearance held before Magistrate Judge Faircloth, Columbus, GA; Court Reporter: Tape Recorder [ 4:04-m -82 ] (tls) (Entered: 02/11/2004) |

| | | |
|---|---|---|
| 02/04/2004 | 5 | Minute sheet as to Susan Denise Fulmer: Initial appearance held before Magistrate Judge Faircloth, Columbus, GA; Court Reporter: Tape Recorder [ 4:04-m -82 ] (tls) (Entered: 02/11/2004) |
| 02/04/2004 | 6 | Appearance BOND entered by Edward Donald Fulmer in Amount $ 10,000 Secured 10% Receipt # 401720 [ 4:04-m -82 ] (tls) (Entered: 02/11/2004) |
| 02/04/2004 | 7 | ORDER Setting Conditions of Release as to Edward Donald Fulmer Bond set to $10,000 Secured by 10% for Edward Donald Fulmer. ( Signed by Mag. Judge G. M. Faircloth ) [ 4:04-m -82 ] (tls) (Entered: 02/11/2004) |
| 02/04/2004 | 8 | Appearance BOND entered by Susan Denise Fulmer in Amount $ 10,000 Unsecured [ 4:04-m -82 ] (tls) (Entered: 02/11/2004) |
| 02/04/2004 | 9 | ORDER Setting Conditions of Release as to Susan Denise Fulmer Bond set to $10,000 Unsecured for Susan Denise Fulmer. ( Signed by Mag. Judge G. M. Faircloth ) [ 4:04-m -82 ] (tls) (Entered: 02/11/2004) |
| 02/12/2004 | | **Added Government Attorney John L. Lynch (tlf) (Entered: 02/24/2004) |
| 02/12/2004 | 10 | INDICTMENT as to Edward Donald Fulmer (1) count(s) 1-2, 3, Susan Denise Fulmer (2) count(s) 1-2, 3 (tlf) (Entered: 02/24/2004) |
| 02/24/2004 | | SUMMONS(ES) issued for Edward Donald Fulmer, Susan Denise Fulmer (tlf) (Entered: 02/26/2004) |
| 04/01/2004 | | Change of Plea Hearing as to Edward Donald Fulmer, Susan Denise Fulmer held Court Reporter: Betsy Peterson (tlf) (Entered: 04/01/2004) |
| 04/01/2004 | 11 | Plea Agreement as to Edward Donald Fulmer (tlf) (Entered: 04/01/2004) |
| 04/01/2004 | 12 | PLEA entered by Edward Donald Fulmer . Court accepts plea. Guilty: Edward Donald Fulmer (1) count(s) 1, 3 (Terminated motions: ) Court Reporter: Betsy Peterson (tlf) (Entered: 04/01/2004) |
| 04/01/2004 | 13 | Plea Agreement as to Susan Denise Fulmer (tlf) (Entered: 04/01/2004) |
| 04/01/2004 | 14 | PLEA entered by Susan Denise Fulmer . Court accepts plea. Guilty: Susan Denise Fulmer (2) count(s) 1, 3 (Terminated motions: ) Court Reporter: Betsy Peterson (tlf) (Entered: 04/01/2004) |
| 04/01/2004 | | Oral MOTION by USA as to Edward Donald Fulmer, Susan Denise Fulmer for Revocation of Pretrial Release (tlf) (Entered: 04/01/2004) |
| 04/01/2004 | 15 | Minute sheet as to Edward Donald Fulmer, Susan Denise Fulmer of change of plea hearing held before Judge Land in Columbus, Georgia and : denying [0-1] motion for Revocation of Pretrial Release as to Edward Donald Fulmer (1), Susan Denise Fulmer (2) Court Reporter: Betsy Peterson (tlf) (Entered: 04/01/2004) |
| 07/01/2004 | | Sentencing held Edward Donald Fulmer (1) count(s) 2, 3, Susan Denise Fulmer (2) count(s) 2, 3 Court Reporter: Betsy Peterson (tlf) (Entered: |

| | | |
|---|---|---|
| | | 07/07/2004) |
| 07/01/2004 | 16 | ORDER TO SURRENDER and requiring the posting of a cash bond as to Edward Donald Fulmer . Bond entered - $ 250.00, receipt # 401893 Deadline to check for refund of bond amount set for 9/29/04 for Edward Donald Fulmer . ( Signed by Judge Clay D. Land ) (tlf) (Entered: 07/07/2004) |
| 07/01/2004 | 17 | ORDER TO SURRENDER and requiring the posting of a cash bond as to Susan Denise Fulmer . Bond entered - $ 250.00, receipt # 401894 Deadline to check for refund of bond amount set for 9/29/04 for Susan Denise Fulmer . ( Signed by Judge Clay D. Land ) (tlf) (Entered: 07/07/2004) |
| 07/01/2004 | 18 | WAIVER of any rights to have jury decide factual sentencing issues by Edward Donald Fulmer (tlf) (Entered: 07/07/2004) |
| 07/01/2004 | 19 | WAIVER of any rights to have jury decide factual sentencing issues by Susan Denise Fulmer (tlf) (Entered: 07/07/2004) |
| 07/01/2004 | 20 | Appeal Information Package as to Edward Donald Fulmer . Information hand delivered to defendant at sentencing. (tlf) (Entered: 07/07/2004) |
| 07/01/2004 | 21 | Appeal Information Package as to Susan Denise Fulmer . Information hand delivered to defendant at sentencing. (tlf) (Entered: 07/07/2004) |
| 07/01/2004 | 22 | Minute sheet of sentencing as to Edward Donald Fulmer held before Judge Land in Columbus, Georgia : Court Reporter: Betsy Peterson (tlf) (Entered: 07/07/2004) |
| 07/01/2004 | 23 | Minute sheet as to sentencing of Susan Denise Fulmer held before Judge Land in Columbus, Georgia: Court Reporter: Betsy Peterson (tlf) (Entered: 07/07/2004) |
| 07/07/2004 | | DISMISSAL of Count(s) on Government Motion as to Edward Donald Fulmer, Susan Denise Fulmer, Counts Dismissed: Edward Donald Fulmer (1) count(s) 1, Susan Denise Fulmer (2) count(s) 1 (tlf) (Entered: 07/07/2004) |
| 07/08/2004 | 24 | JUDGMENT as to Edward Donald Fulmer (1) count(s) 1. Dismissed pursuant to plea agreement , Edward Donald Fulmer (1) count(s) 2. 21 months imprisonment, 3 years supervised release, and a $100.00 mandatory court assessment , Edward Donald Fulmer (1) count(s) 3. 21 months imprisonment, 3 years supervised release, and a $100.00 mandatory court assessment Terminated Motions: ( Signed by Judge Clay D. Land ) (tlf) (Entered: 07/13/2004) |
| 07/09/2004 | 25 | JUDGMENT as to Susan Denise Fulmer (2) count(s) 1. 21 months imprisonment, 3 years supervised released, and a $100.00 mandatory court assessment , Susan Denise Fulmer (2) count(s) 2. dismissed pursuant to plea agreement , Susan Denise Fulmer (2) count(s) 3. 21 months imprisonment, 3 years supervised release, and a $100.00 mandatory court assessment Terminated Motions: ( Signed by Judge Clay D. Land ) (tlf) (Entered: 07/13/2004) |

| 09/13/2004 | 26 | ORDER as to Edward Donald Fulmer, for Return of Surety ( Signed by Judge Clay D. Land ) (tlf) (Entered: 09/14/2004) |
|---|---|---|
| 09/17/2004 |  | Return of VOLUNTARY SURRENDER BOND as to Edward Donald Fulmer ; Check #: 129338, Amount: $ 250.00. (cmf) (Entered: 09/20/2004) |
| 09/20/2004 |  | **Location LC as to Edward Donald Fulmer (cmf) (Entered: 09/20/2004) |
| 11/23/2004 | 27 | ORDER as to Susan Denise Fulmer revoking 17 Order to Surrender/Bond and directing the U.S. Marshal service to assume immediate custody of Susan Denise Fulmer . Signed by Judge Clay D. Land on 11/23/2004 (tlf). (Entered: 11/23/2004) |
| 01/06/2005 |  | Terminate Deadlines and Hearings as to Susan Denise Fulmer; terminated surrender date. (tls, ) (Entered: 01/06/2005) |
| 06/07/2005 | 28 | MOTION for Relief i/a/w Rule 35 by USA as to Edward Donald Fulmer. (Lynch, John) (Entered: 06/07/2005) |
| 06/08/2005 |  | Motion Submission as to Edward Donald Fulmer re 28 MOTION for Relief i/a/w Rule 35. (tls, ) (Entered: 06/08/2005) |
| 06/17/2005 | 29 | ORDER granting 28 Motion for Relief i/a/w Rule 35 as to Edward Donald Fulmer (1). Court reduces the confinement portion of defendant's sentence on Counts Two and Three to 15 months custody on each count, to be served concurrently. Signed by Judge Clay D. Land on 6/13/05. (tls, ) (Entered: 06/17/2005) |
| 06/21/2005 |  | *** Warden's Address for service of 29 order concerning Edward Fulmer is: FCI YAZOO CITY LOW, FEDERAL CORRECTIONAL INSTITUTION, 2225 HALEY BARBOUR PARKWAY, YAZOO CITY, MS 39194 (tls, ) (Entered: 06/21/2005) |
| 12/15/2005 | 30 | Probation Jurisdiction Transferred to Middle District of Alabama as to Edward Donald Fulmer Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment, and docket sheet. (tlf). (Entered: 12/15/2005) |
| 12/15/2005 | 31 | Letter regarding transfer documents sent to Middle District of Alabama (tlf). Additional attachment(s) added on 12/27/2005 (tlf, ). (Entered: 12/15/2005) |
| 10/25/2006 | 32 | Probation Jurisdiction Transferred to Middle District of Alabama as to Susan Denise Fulmer Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet, as well as a copy of the payment history (tlf). (Entered: 10/25/2006) |
| 10/25/2006 | 33 | Letter regarding transfer of documents to the Middle District of Alabama (tlf). (Entered: 10/25/2006) |

```
4:04-CR-00007-002   SUSAN FULMER
-----------------------------------------------------------------------
Debt Number     : 4:04-CR-00007-D-002 Balance Due          :      975.00
Debt Date       :            07/09/04 Principal Balance    :      975.00
                                      Adjustment Balance   :       25.00
-----------------------------------------------------------------------
Mandatory Assessment:        200.00 Interest               :        0.00
Restitution     :              0.00 Penalties              :        0.00
Fine            :          1,000.00 Receipts               :      200.00
Cost of Prosecution :          0.00 Disbursements          :        0.00
Total Ordered------>:       1,200.00 Disbursements Pending :        0.00
-----------------------------------------------------------------------
Offense Date               : 01/31/04 Payment Schedule     :
Sentence                   : 07/01/04 Start Date           :
Interest Rate              :  2.07000 Installment Amount   :        0.00
-----------------------------------------------------------------------
TRANSACTION INFORMATION
-----------------------------------------------------------------------
07/01/05   A-504100   BOP                                        25.00
07/14/04   R-504100   CRIMINAL ASSESSMENTS     FULMER           200.00
07/14/04   R-504100   PREJUDGEMENT RECEIPTS    FULMER          -200.00
07/01/04   R-504100   PREJUDGEMENT RECEIPTS    FULMER           200.00
-----------------------------------------------------------------------
DELINQUENT PAYMENT INFORMATION
-----------------------------------------------------------------------
No Payments Delinquent
-----------------------------------------------------------------------
Updated - 09/14/06 17:31:22
```

☐